IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:                              )
                                    )
    SCOTT DOUGLAS MACCONOMY,        )     Case No. 10-16944
                                    )         (Chapter 13)
        Debtor.                 )

OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

COMES NOW the United States Senate Federal Credit Union (hereinafter the "Credit Union"), by and through counsel, and submits its objection to the Amended Plan filed by the debtor in the above matter, and for grounds therefor states as follows:

1. On February 3, 2011, after extensive briefing and a hearing held in open Court, this Court denied confirmation of the debtor's original Chapter 13 Plan. The accompanying Memorandum Opinion advised the debtor of the reasons for the denial of confirmation, specifically that he did not take into account the value of his one-half interest in his real property located at 513 North Pickett Street, Alexandria, VA 22304. The Credit Union had joined the Chapter 13 Trustee's original objection to confirmation because it has two (2) judgment liens on the debtor's one-half interest. As such, it is a secured creditor of Mr. MacConomy, and its claims must be appropriately addressed in any Chapter 13 Plan filed by him.

2. On May 9, 2011 the debtor filed an Amended Chapter 13 Plan in this Court that completely ignored this Court's February 3,

2011.  It did not take into account the value of his one-half interest in his real property, nor did it even mention the Credit Union's two (2) allowed secured claims, as it must do pursuant to 11 U.S.C. §1325(a)(5).  The debtor proposes to pay to the Chapter 13 Trustee the sum of $30,000.00 over 60 months, while the Credit Union's claims were in the amount of $86,819.80 as of August 31, 2010, with no payments having been made on such claims since that date.

    3.   It is obvious that the debtor cannot file a confirmable Chapter 13 Plan, and that he has no intention of even attempting to do so.  Confirmation should be denied without leave to amend, and this case should be dismissed with prejudice.

    WHEREFORE, the above premises considered, the United States Senate Federal Credit Union requests this Court to deny confirmation of the Amended Chapter 13 Plan as proposed by the debtor, Scott Douglas MacConomy, without leave to amend, and that this case be dismissed with prejudice, as well as for such further and additional relief as the nature of the case may require, and which this Honorable Court shall deem just and proper.

                                      UNITED STATES SENATE FEDERAL CREDIT UNION
                                      By Counsel

GOLDMAN & VAN BEEK, P.C.


By:  /s/ John P. Van Beek
     John P. Van Beek
     Holly A. Currier
     510 King Street, Suite 416
     P.O. Box 1946
     Alexandria, VA 22313-1946
     (703) 684-3260

Attorneys for the United States
 Senate Federal Credit Union


CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of May, 2011, a true copy of the foregoing was served electronically on Thomas P. Gorman, Esq., 300 N. Washington Street, Suite 400, Alexandria, VA 22314, and by first-class mail, postage prepaid, on Scott Douglas MacConomy, 513 N. Pickett Street, Alexandria, VA 22304-2107.


                  /s/ John P. Van Beek
                  John P. Van Beek